Exhibit 1



# Peace Through Strength
# REPORT

WASHINGTON, JANUARY 1986

VOL. 5, NO. 1

# USCAB Hosts Post Geneva Summit Briefing



The United States Congressional Advisory Board of the American Security Council Foundation hosted a "Post Geneva Summit Briefing" on December 3rd. The briefing was held in the Caucus Room of the U.S. Senate and in The White House complex. Sen. Malcolm Wallop (R–Wyo.) is shown above at left with John M. Fisher, the Executive Chairman of the U.S. Congressional Advisory Board. Wallop is a former member of the Senate Intelligence Committee and is an active proponent of the Strategic Defense Initiative.

The United States Congressional Advisory Board of the ASC Foundation held a "Post Geneva Summit Briefing" last month in the historic Russell Caucus Room of the U.S. Senate and in The White House complex. On the evening of December 2, a "get acquainted" reception was held for USCAB members in the Capitol Hilton, and they were addressed by **Jeremias Chitunda,** the Secretary of Foreign Affairs of the National Union for the Total Independence of Angola (UNITA). Chitunda was accompanied by two members of UNITA's executive committee who had just arrived from Angola, and his briefing focused on the current offensive that is being conducted by the ruling Marxist/Leninist government, and their Soviet/Cuban allies. Chitunda stressed the vital importance of U.S. assistance, and *(continued on page 3)*

*(continued on page 3)*

## KEY NATIONAL SECURITY DEVELOPMENTS IN THE CONGRESS



# THE AMERICAN SECURITY COUNCIL AND ASC FOUNDATION

## At A Glance

*Established in 1955, the American Security Council is the premier defense and national security strategy organization in America. ASC was the chief architect of President Ronald Reagan's pro-defense "Peace Through Strength" strategy which helped defeat the Soviet Union. Today, leaders in Congress have asked ASC to help devise a new national security strategy to defend and promote American interests in the post-Cold War era.*

## NATIONAL LEADERS BELIEVE IN ASC



**"Your organization has been a major bastion of support for the policy of peace through strength."**

-- Former President **Ronald Reagan**

**"No organization has done more than the American Security Council to protect our national security."**

-- The Honorable **Jeane Kirkpatrick**
Former U.S. Ambassador to the U.N.





**"The American Security Council is a wonderful organization."**

-- Senator **Sam Nunn** (D-GA),
Chairman, Armed Services Committee

**John M. Fisher, Chairman/CEO**
**1155 15th Street, N.W., Suite 1101,**
**Washington D.C 20005**
**202-296-9500**

