<u>Exhibit 2</u>

# United States of America
## United States Patent and Trademark Office

### PEACE THROUGH STRENGTH

**Reg. No. 3,942,239**  AMERICAN SECURITY COUNCIL FOUNDATION (ILLINOIS CORPORATION)
PO BOX 781040
**Registered Apr. 5, 2011**  SEBASTIAN, FL 32978

**Int. Cl.: 41**  FOR EDUCATION SERVICES, NAMELY, PROVIDING PROGRAMS IN THE FIELD OF CRITICAL CHALLENGES TO U S FOREIGN POLICY, NATIONAL SECURITY AND THE GLOBAL ECONOMY , IN CLASS 41 (U S CLS 100, 101 AND 107)

**SERVICE MARK**

FIRST USE 5-1-1958. IN COMMERCE 1-10-1959

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR

SN 85-061,044, FILED 6-11-2010

DAVID TOOLEY EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office