<u>Exhibit 3</u>



# AMERICAN SECURITY COUNCIL
## FOUNDATION
### PROMOTING "PEACE THROUGH STRENGTH®"

HOME    ABOUT    LINKS    THE DOWD REPORT    DONATE    PUBLICATIONS    CONTACT    JOIN

**Latest News:**



◀ Click arrow to view more ▶

The mission of the American Security Council Foundation is to support activities and programs that promote and strengthen national security, economic security and moral leadership of the United States of America. Read more »



**ASCF HEROES**

**ASCF INITIATIVES**

**American Values**
» Read More

**Crisis in the Americas**
» Read More

## A Fleeting Moment for Missile Defense
**Published by: Alan W. Dowd, ASCF Senior Fellow**

Three decades ago, there were nine countries that fielded ballistic missiles. Today, there are 32. Several of the countries in the growing ballistic-missile club are unstable or unfriendly. Pakistan and Egypt fall into the former category, while Syria, Iran and North Korea are not only unfriendly but also unstable. As the missile threat metastasizes, missile defense is gaining support around the world.

First, let's look at the threat.

Because of the nature of their regimes—adjectives like paranoid, fatalistic, reckless and terrorist come to mind—North Korea and Iran are the most worrisome of the world's missile threats. To be sure, other regimes have larger, more lethal arsenals, but those other regimes are rational and stable, which means the old rules of deterrence can keep them at bay. That may not be the case with a nuclear-armed Iran or an unraveling North Korea.

**Click here to read more**

## Labor Day: A Changed US Holiday
**Published by: American Security Council Foundation ASCF**

Americans are celebrating the Labor Day holiday, a moment born as a salute to the nation's unionized workers that now has often morphed into a day of family gatherings marking the unofficial end of summer.

The first Monday in September became an official U.S. holiday in 1894 to celebrate a "workingman's holiday," and through the decades the country's industrialized centers often staged large parades honoring unionized factory workers.

But with the growth of technology and the globalization of the world economy, the U.S. labor movement has declined sharply. Many benefits sought by unions over the years, such as the basic five-day work week and employer-paid health care and vacations, have long been enshrined in much of the U.S. workplace.

**Click here to read more**

## US Nears Deal for $1 Billion in Egypt Debt Relief
**Published by: American Security Council Foundation ASCF**

WASHINGTON — The United States is close to a deal with Egypt's new

Search ASCF site »

**Follow us on...**



Click Here to View Voter Index »

**ASCF Poll**

**Do you still believe in the American Dream and American Exceptionalism?**

⦿ Yes
○ No

Vote

View Results

**RECENT POSTS**

Clinton Urges ASEAN, China to Agree on Maritime Conduct Code
Read More

Romney Vows to Restore 'Promise of America'
Read More

Obama's national retreat
Read More

Former Republican Challenger Gingrich to Support Romney
Read



# American Security Council Foundation
# National Security Report
## "Peace through Strength®"

Volume III, Issue II　　　　2011



### President's Corner
Dr. Henry A. Fischer
President & CEO

I would like to take this opportunity to thank our military establishment for the daring raid on Osama Bin Laden's secret hide-away in Abbotabad, Pakistan. The skill and efficiency shown by our Special Operations community, is a reflection of what our military forces are capable of and should be commended for—time and time again. "You can run....but you can't hide from us forever", could be a phrase synonymous with our "Quiet Professionals".

Meanwhile back at home, gas is still over $4 a gallon. As we remain dependent on oil from the Middle East, oil prices for this fall only mean higher prices for the American consumer at the pump.....I hope that $5 to $7 is not in the future. Our Project Energy Independence will solve the Nation's energy import problem by using our vast, abundant and local energy reserves of shale gas, shale oil and nuclear energy and turn it into an energy export solution.

The missile defense systems in the United States have run into the Administration's large-scale cuts in FY 2010 and the proposed budgets FY 2011 and FY 2012 will not make up lost ground. Similarly, the Administration has cancelled or curtailed promising missile defense programs and joint projects with U.S. allies, including the Airborne Laser and the "third site" missile defense system in Poland the Czech Republic. Coupled with the Senate consented ratification of the New Strategic Arms Reduction Treaty (New START) with Russia, which imposes sweeping restrictions on U. S. missile defense options; it appears that the Administration is seriously misreading

President's Corner Continued on page 6

## Members of Congress Recognized at 2011 "Peace through Strength®" Leadership Awards



Mark Renehan, Robert D. Johnson, Gen. Frederick Kroesen (ASCF First Vice President), Brig. Gen. Donald B. Smith (ASCF Chairman), Senator Orrin Hatch (R-UT), Dr. Henry A. Fischer (ASCF President), Hon. Bill McCollum, H. Daniels Corrigan and Betsy Fischer

The American Security Council Foundation hosted the 2011 Peace through Strength® Leadership Awards on March 10, 2011 in the United States Capitol in Washington, D.C. The awards are presented annually to members of Congress whose efforts have, in the words of ASCF Chairman Brigadier General Don Smith (USA, ret.), "provided vision and leadership and have epitomized the principles of the American Security Council Foundation in helping keep the United States of America free and strong."

A bipartisan group of five Senators and thirteen members of the House of Representatives received awards:

The International Security Leadership Award was presented to Senator Ben Nelson (D- Nebraska).

The Peace through Strength® Leadership Award for National Defense was presented to Senator Jon Kyl (R - Arizona).

The Peace through Strength® Leadership Award for Energy Independence was presented to Senator Orrin Hatch (R - Utah).

The Peace through Strength® Leadership Award for Foreign Relations was presented to Congresswoman Ileana Ros-Lehtinen (R - Florida).

The Peace through Strength® Leadership Award for the Security of The Western Hemisphere was presented to Congressman Connie Mack (R-Fl).

Leadership Awards Continued on page 2

The White House says Israel and the United States are committed to preventing Iran from obtaining a nuclear weapon, but there is still time to pursue diplomacy.

"I can tell you that there is no daylight between the United States and Israel when it comes to the absolute need to prevent Iran from acquiring nuclear weapons," White House spokesman Jay Carney told VOA. "That is the president's policy and he will use all aspects of American power towards the goal of preventing Iran from acquiring a nuclear weapon," he said.

The White House spokesman said President Barack Obama believes there is still time for diplomacy while pressuring Iran though sanctions.

**Click here to read more**

## 'Civil War' Among Muslims Shakes Russia's South
**Published by: American Security Council Foundation ASCF**

MOSCOW — Three recent attacks that left 30 people dead and 15 wounded have cast a spotlight on the growing religious warfare in Dagestan, Russia's southernmost republic.

First, a border guard serving near Azerbaijan killed seven colleagues before he was shot dead himself. Superior officers said they had tried twice but failed to have him discharged because he was constantly reading about Wahhabism, a conservative form of Islamic fundamentalism.

Then Georgian special forces said they intercepted a heavily armed unit of Islamic insurgents crossing over from Dagestan. A firefight near the border killed three Georgian soldiers and 12 militants.

**Click here to read more**

### About ASCF
ASCF Overview
History
President's Note
Staff
Contact ASCF
Email Us

### ASCF Publications
ASCF News Review
Voter Index Archive
Project Independence
Crisis in The Americas
War on Terror
History Milestones

### Contribute to ASCF
Contribute to ASCF
Join the ASCF

### American Security Council Foundation
1250 24th Street NW, Suite 300
Washington, DC 20037

Tel: 202-263-3661
Fax: 202-263-3662

Privacy Policy | Site Map

The American Security Council Foundation is a 501 (c)(3) organization. All donations to the Foundation are tax-deductible.
"Peace Through Strength®" is a registered trademark of the American Security Council Foundation.
(c) 2009 - 2012 American Security Council Foundation. All Rights Reserved.



# AMERICAN SECURITY COUNCIL
FOUNDATION
PROMOTING "PEACE THROUGH STRENGTH®"

HOME  ABOUT  LINKS  THE DOWD REPORT  DONATE  PUBLICATIONS  CONTACT  JOIN

Search ASCF site »

**JOIN ASCF NOW**

Follow us on...


**COUNTRY OVERVIEW**


**ASCF HEROES**

**ASCF HEROES**


**ASCF INITIATIVES**

**American Values**
» Read More

**Crisis in the Americas**
» Read More

## The History of Peace through Strength®

The Campaign for Peace Through Strength®
- Click here to read more

National Peace through Strength® Week 1984
- Click here to read more

Peace through Strength® Resolution 1983
8 Points
- Click here to read more

Peace through Strength® Platform H. CON. RES. 100
10 Points
- Click here to read more

Peace through Strength® Platform
Current Version 14 Points
- Click here to read more

Letter from President Ronald Reagan 10/15/1981
- Click here to read more

Letter From President Ronald Reagan 9/15/1983
- Click here to read more


**GENERAL TOPICS AND INFORMATION**

★ National Preparedness
★ Energy Independence
★ Emerging Threats
★ Bipartisanship
★ Economic Security
★ Immigration
★ Cyber Security
★ Missile Defense


**RECENT POSTS**

September 4, 2012
A Fleeting Moment for Missile Defense
**Read More**

September 4, 2012
Labor Day: A Changed US Holiday
**Read More**

September 4, 2012
US Nears Deal for $1 Billion in Egypt Debt Relief
**Read More**

September 4, 2012
India, China to Resume Military Exercises
**Read More**

September 4, 2012
France Warns Syria on Chemical Weapons Use






# AMERICAN SECURITY COUNCIL
## FOUNDATION
### PROMOTING "PEACE THROUGH STRENGTH®"

HOME   ABOUT   LINKS   THE DOWD REPORT   DONATE   PUBLICATIONS   CONTACT   JOIN

JOIN ASCF NOW

Follow us on...





ASCF HEROES



ASCF INITIATIVES

**American Values**
» Read More

**Crisis in the Americas**
» Read More





## Peace through Strength Essay Contest

For Immediate Release

Contact: American Security Council Foundation

Phone: 202-263-3661

E-Mail: press@ascfusa.org

November 12, 2010

The American Security Council Foundation is proud to announce the following winners of the 2010 "Peace through Strength" Essay Contest.

### Winners:

1st Place Jonathan Padilla - Harvard <<Click here to view Essay>>

2nd Place David Botwick-Ries - University of Maryland <<Click here to view Essay>>

3rd Place Andrew Barr - University of Illinois <<Click here to view Essay>>

### Honorable Mention:
Listed in alphabetical order:

Kayvon Afshari - New York University

Thomas Boyd - Rice University

Kathryn Boyle - Grove City College

Abraham Hamadeh - Arizona State University

Allison Hoover - University of North Carolina

Jonathan Hooyman - University of Illinois

Szymon Jagiello - Webster University

Jordan Lulich - Vero Beach High School

Benjamin G. M. Rauf - University of North Carolina

Maj. Scott Smitson - Indiana University

The Role of the American Security Council Foundation is to educate and inform Americans about the global challenges to National Security, Economic Security and the Moral Leadership for the United States of America.

The American Security Council Foundation (ASCF) is a non-partisan, non-profit 501 (c) (3)

### GENERAL TOPICS AND INFORMATION

★ National Preparedness
★ Energy Independence
★ Emerging Threats
★ Bipartisanship
★ Economic Security
★ Immigration
★ Cyber Security
★ Missile Defense

### RECENT POSTS

**September 4, 2012**
A Fleeting Moment for Missile Defense
Read More

**September 4, 2012**
Labor Day: A Changed US Holiday
Read More

**September 4, 2012**
US Nears Deal for $1 Billion in Egypt Debt Relief
Read More

**September 4, 2012**
India, China to Resume Military Exercises
Read More

**September 4, 2012**
France Warns Syria on Chemical Weapons Use