<div style="text-align: right;">Exhibit 4</div>



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 739 WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

CENTER FOR SECURITY POLICY
1901 PENNSYLVANIA AVE NW SUITE 201
WASHINGTON, DC 20077-2484

# CENTER FOR SECURITY POLICY

*Promoting Peace through Strength*

**www.centerforsecuritypolicy.org**

**America's National Security policy leader on:**

- Defeating extremist Islamic ideologies
- Confronting and combating rogue regimes
- Punishing companies that do business with terrorist-sponsoring states
- Deploying a national missile defense
- Protecting America's sovereignty from ill-advised treaties and UN overreaching
- Enhancing military readiness
- Working with key allies to defend against future threats

# CENTER FOR SECURITY POLICY

## Center issues Congressional Scorecard; Peace Through Strength Platform shows way forward on national security

Center for Security Policy | Oct 15, 2010

The Center for Security Policy today released its ninth **National Security Scorecard** evaluating the performance of members of the 111th Congress on matters of great importance to the security interests of the United States. 158 Members of the House of Representatives and 32 Senators received a score of 100% qualifying them as "Champions of National Security," the full list of which appears below

In an effort to advance the debate on the nation's most vital national security issues, the Center today also launches a pre-election campaign for midterm election candidates to embrace the "**Peace Through Strength Platform**," a ten-point program of national security priorities for America. The Center premieres its new web ad on the Peace Through Strength Platform today on its YouTube channel, Youtube.com/Securefreedom.



**2009-2010 National Security Scorecard** (PDF)

The Peace Through Strength Platform complements the 74-page National Security Scorecard as a way forward for candidates and elected officials. While the Scorecard looks back at decisive issues facing the last Congress, the Peace Through Strength Platform serves as guiding principles for the next Congress. To this end, the Center contacted candidates from both parties, including incumbents and challengers, to alert them to the score of each Member of Congress.

Watch the Center's web ad for the **Peace Through Strength Platform** below.



In assessing the record of the 111th Congress, the Center has selected 12 roll call votes in the Senate and 8 roll call votes in the House of Representatives to show legislators' positions in key foreign, defense and intelligence matters of direct relevance to America's safety, sovereignty and freedoms. Roll call votes were selected on the basis of their utility in revealing substantive differences on significant security policy issues

Upon releasing the ninth National Security Scorecard, Center President Frank J. Gaffney, Jr. observed:

"The Center for Security Policy believes that the success of the American experiment fundamentally depends upon the quality of our representative government The public must be apprised of their representatives' legislative records "

"Toward that end, the Center takes pride in producing these National Security Scorecards for each congressional session as a means of educating the American people about their elected officials' performance with respect to national security The Scorecard also provides greater accountability for the most consequential votes of Senators and Members of the House of Representatives In this particular Scorecard, the Center has also sought to identify which legislators switched their votes on the fate of terrorist detainees currently held at Guantanamo Bay, Cuba "

Mr Gaffney added

"Rarely has such performance and accountability been more important than today when we face dangerous and increasingly sophisticated enemies who threaten our safety and seek the destruction of our way of life The Center commends those in the Senate and House who have, in the face of these threats, distinguished themselves as "Champions of National Security," and hopes that the numbers of such legislators will grow substantially in the 112th Congress and beyond "

## 2009-2010 Champions of National Security

**CHAMPIONS OF NATIONAL SECURITY:**
**U.S House of Representatives**

| | |
|---|---|
| Rep Jo Bonner (R-Alabama) | |
| Rep Bobby Bright (D-Alabama) | Rep John Kline (R-Minnesota) |
| Rep Michael Rogers (R-Alabama) | Rep Erik Paulsen (R-Minnesota) |
| Rep Robert Aderholt (R-Alabama) | Rep Michele Bachmann (R-Minnesota)* |
| Rep Spencer Bachus (R-Alabama) | Rep Greg Harper (R-Mississippi) |
| Rep Artur Davis (D-Alabama)* | Rep Todd Akin (R-Missouri) |
| Rep Don Young (R-Alaska) | Rep Same Graves (R-Missouri)* |
| Rep Ann Kirkpatrick (D-Arizona) | Rep Roy Blunt (R-Missouri)* |
| Rep Trent Franks (R-Arizona) | Rep Jo Ann Emerson (R-Missouri)* |
| Rep John Shadegg (R-Arizona)* | Rep Blaine Luetkemeyer (R-Missouri) |
| Rep Jeff Flake (R-Arizona)* | Rep Denny Rehberg (R-Montana) |
| Rep John Boozman (R-Arkansas) | Rep Jeff Fortenberry (R-Nebraska) |
| Rep Wally Herger (R-California) | Rep Lee Terry (R-Nebraska) |
| Rep Dan Lungren (R-California) | Rep Adrian Smith (R-Nebraska) |
| Rep Tom McClintock (R-California) | Rep Dean Heller (R-Nevada) |
| Rep George Radanovich (R-California)* | Rep Frank LoBiondo (R-New Jersey) |
| Rep Devin Nunes (R-California) | Rep Scott Garrett (R-New Jersey) |
| Rep Kevin McCarthy (R-California)* | Rep Leonard Lance (R-New Jersey) |
| Rep Elton Gallegly (R-California) | Rep Rodney Frelinghuysen (R-New Jersey) |
| Rep Howard McKeon (R-California) | Rep Peter King (R-New York)* |
| Rep David Dreier (R-California) | Rep Bill Owens (D-New York)* |
| Rep Ed Royce (R-California) | Rep Christopher Lee (R-New York) |
| Rep Jerry Lewis (R-California) | Rep Virginia Foxx (R-North Carolina) |
| Rep Gary Miller (R-California) | Rep Sue Myrick (R-North Carolina) |
| Rep Ken Calvert (R-California) | Rep Patrick McHenry (R-North Carolina) |
| Rep Mary Bono Mack (R-California) | Rep Jean Schmidt (R-Ohio)* |
| Rep John Campbell (R-California) | Rep Michael Turner (R-Ohio) |
| Rep Darrell Issa (R-California) | Rep Jim Jordan (R-Ohio) |
| Rep Brian Bilbray (R-California) | Rep Robert Latta (R-Ohio)* |

| | |
|---|---|
| Rep Duncan Hunter (R-California) | Rep Steve Austria (R-Ohio) |
| Rep Doug Lamborn (R-Colorado) | Rep John Boehner (R-Ohio) |
| Rep Mike Coffman (R-Colorado) | Rep Patrick Tiberi (R-Ohio) |
| Rep Jeff Miller (R-Florida) | Rep Steven LaTourette (R-Ohio) |
| Rep Ander Crenshaw (R-Florida) | Rep John Sullivan (R-Oklahoma)* |
| Rep Ginny Brown-Waite (R-Florida)* | Rep Frank Lucas (R-Oklahoma) |
| Rep Cliff Stearns (R-Florida) | Rep Tom Cole (R-Oklahoma) |
| Rep John Mica (R-Florida) | Rep Mary Fallin (R-Oklahoma) |
| Rep Gus Bilirakis (R-Florida) | Rep Greg Walden (R-Oregon) |
| Rep C W Bill Young (R-Florida) | Rep Glenn Thompson (R-Pennsylvania) |
| Rep Adam Putnam (R-Florida)* | Rep Jim Gerlach (R-Pennsylvania) |
| Rep Vern Buchanan (R-Florida) | Rep Bill Shuster (R-Pennsylvania) |
| Rep Connie Mack (R-Florida) | Rep Mark Critz (D-Pennsylvania) |
| Rep Ileana Ros-Lehtinen (R-Florida) | Rep Charles Dent (R-Pennsylvania) |
| Rep Lincoln Diaz-Balart (R-Florida)* | Rep Joseph Pitts (R-Pennsylvania) |
| Rep Mario Diaz-Balart (R-Florida) | Rep Tim Murphy (R-Pennsylvania) |
| Rep Jack Kingston (R-Georgia) | Rep Todd Platts (R-Pennsylvania) |
| Rep Lynn Westmoreland (R-Georgia) | Rep Henry Brown (R-South Carolina) |
| Rep Tom Price (R-Georgia) | Rep Phil Roe (R-Tennessee) |
| Rep John Linder (R-Georgia)* | Rep Marsha Blackburn (R-Tennessee) |
| Rep Paul Broun (R-Georgia) | Rep Louie Gohmert (R-Texas) |
| Rep Phil Gingrey (R-Georgia) | Rep Ted Poe (R-Texas) |
| Rep Charles Djou (R-Hawaii)* | Rep Sam Johnson (R-Texas) |
| Rep Peter Roskam (R-Illinois) | Rep Ralph Hall (R-Texas)* |
| Rep Mark Kirk (R-Illinois) | Rep Jeb Hensarling (R-Texas) |
| Rep Don Manzullo (R-Illinois) | Rep Joe Barton (R-Texas) |
| Rep Aaron Schock (R-Illinois)* | Rep John Culberson (R-Texas) |
| Rep John Shimkus (R-Illinois) | Rep Kevin Brady (R-Texas) |
| Rep Steve Buyer (R-Indiana) | Rep Michael McCaul (R-Texas) |
| Rep Dan Burton (R-Indiana) | Rep Mike Conaway (R-Texas) |
| Rep Mike Pence (R-Indiana) | Rep Kay Granger (R-Texas) |
| Rep Tom Latham (R-Iowa) | Rep William Thornberry (R-Texas) |
| Rep Steve King (R-Iowa) | Rep Randy Neugebauer (R-Texas)* |
| Rep Jerry Moran (R-Kansas) | Rep Lamar Smith (R-Texas)* |
| Rep Lynn Jenkins (R-Kansas) | Rep Pete Olson (R-Texas) |
| Rep Todd Tiahrt (R-Kansas) | Rep Kenny Marchant (R-Texas) |
| Rep Brett Guthrie (R-Kentucky) | Rep Michael Burgess (R-Texas) |
| Rep Geoff Davis (R-Kentucky) | Rep John Carter (R-Texas)* |
| Rep Harold Rogers (R-Kentucky) | Rep Pete Sessions (R-Texas) |
| Rep Steve Scalise (R-Louisiana)* | Rep Rob Bishop (R-Utah) |
| Rep Anh Cao (R-Louisiana)* | Rep Jason Chaffetz (R-Utah) |
| Rep John Fleming (R-Louisiana) | Rep Robert Wittman (R-Virginia) |
| Rep Rodney Alexander (R-Louisiana) | Rep Randy Forbes (R-Virginia) |
| Rep Charles Boustany (R-Louisiana) | Rep Bob Goodlatte (R-Virginia) |
| Rep Peter Hoekstra (R-Michigan) | Rep Eric Cantor (R-Virginia)* |
| Rep Dave Camp (R-Michigan) | Rep Frank Wolf (R-Virginia) |
| Rep Fred Upton (R-Michigan) | Rep Shelly Capito (R-West Virginia) |
| Rep Michael Rogers (R-Michigan) | Rep Paul Ryan (R-Wisconsin)* |
| Rep Candice Miller (R-Michigan) | Rep F James Sensenbrenner (R-Wisconsin) |
| Rep Thaddeus McCotter (R-Michigan) | Rep Thomas Petri (R-Wisconsin) |
| | Rep Cynthia Lummis (R-Wyoming) |

## CHAMPIONS OF NATIONAL SECURITY:
### U.S Senate

| | |
|---|---|
| Sen Jeff Sessions (R-Alabama)* | Sen Roger Wicker (R-Mississippi) |
| Sen Richard Shelby (R-Alabama) | Sen Christopher Bond (R-Missouri) |
| Sen Jon Kyl (R-Arizona) | Sen Mike Johanns (R-Nebraska)* |
| Sen John McCain (R-Arizona) | Sen Richard Burr (R-North Carolina) |
| Sen George LeMieux (R-Florida)* | Sen Tom Coburn (R-Oklahoma) |
| Sen Saxby Chambliss (R-Georgia) | Sen James Inhofe (R-Oklahoma) |
| Sen Johnny Isakson (R-Georgia) | Sen Jim DeMint (R-South Carolina) |
| Sen Mike Crapo (R-Idaho) | Sen Lindsey Graham (R-South Carolina) |
| Sen Jim Risch (R-Idaho) | Sen John Thune (R-South Dakota) |
| Sen Charles Grassley (R-Iowa) | Sen Lamar Alexander (R-Tennessee) |
| Sen Pat Roberts (R-Kansas) | Sen John Cornyn (R-Texas) |
| Sen Sam Brownback (R-Kansas) | Sen Kay Bailey Hutchison (R-Texas)* |
| Sen Jim Bunning (R-Kentucky) | Sen Orrin Hatch (R-Utah) |
| Sen Mitch McConnell (R-Kentucky) | Sen Robert Bennett (R-Utah)* |
| Sen David Vitter (R-Louisiana) | Sen John Barrasso (R-Wyoming) |
| Sen Scott Brown (R-Massachusetts)* | Sen Michael Enzi (R-Wyoming) |

**Note:** Legislators with an asterisk next to their name, although not present for every scored vote, voted in a manner consistent with national security on every vote for which they were present See page 38 of the scorecard for an explanation of the way in which absences were factored into the scores

**Disclaimer on the Peace Through Strength Platform** The Peace Through Strength Platform is a statement of principles, intended to educate the American public on explicit positions taken by candidates for elected office or current office-holders Non-profit organizations, public figures and the general public are encouraged to sign on to the Platform regardless of political affiliation, indeed, a robust national security posture, regardless of party, is essential to America's survival in the long run Signatures by candidates for office or current office-holders to the Peace Through Strength Platform should not be construed as an endorsement by any of the other co-signers of those individuals or their political party

For more information, contact Ben Lerner
(202) 835-9077

Powered by Janmedia Interactive
Center for Security Policy - A non-profit organization that informs the debate and ensures effective action on vital national security
















Fall 2011

# CENTER FOR SECURITY POLICY

## PEACE THROUGH STRENGTH 2012

In a world characterized by growing threats to the U S Constitution and the freedoms it guarantees, the safety and prosperity of Americans—and perhaps our country's very existence—are ever more at risk Such times demand a robust, national security posture sufficient to contend with the dangers our nation will face in the coming years the time-tested approach to defense and foreign policy that President Ronald Reagan dubbed "peace through strength" They also require thoughtful, principled leadership to mitigate those dangers and assure our nation a future as bright as its storied past

To those ends, the Center for Security Policy has proposed a **Peace through Strength Platform for 2012** The Center has invited each of the presidential candidates of both parties (as well as candidates for the House and Senate) to endorse its common sense planks and, by so doing, to define for their constituents where they stand with respect to ensuring that those we ask to defend this country—whether at home or abroad—have what they need to perform their vital missions

This Platform updates and expands an earlier version developed and endorsed by a number of candidates in the 2010 cycle and by many of our nation's top national security and public policy authorities As with its predecessor, the 2012 Peace Through Strength Platform is offered as a catalyst for voters conversations with the candidates who are campaigning now in earnest in key states across the country

The Peace Through Strength Platform is comprised of twelve principles addressing a wide range of national and homeland security issues relevant to the safety and well being of Americans

Continues on the next page

### INSIDE

| | |
|---|---|
| Peace Through Strength Platform | 1 |
| Freedom Flame 2011: John Lehman | 3 |
| New Releases from the Center's Press | 4 |
| A Decade After 9/11: Are We Safer? | 5 |
| Amplifying the Message | 6 |
| National Security Journalism | 6 |
| National Security Group | 7 |
| Keeper of the Flame 2011 | 8 |

Continued from the previous page

### 1. Maintain a robust defense posture.

In a dangerous world, the United States must have: conventional military forces that are second to none; a safe, reliable effective nuclear deterrent, which requires its modernization and testing; comprehensive defenses against missile attack; a homeland secured against unconventional forms of warfare—including biological, electromagnetic pulse (EMP), cyber and other terrorist attacks.

### 2. Invest in our national security.

Defense spending levels that would hollow out the U.S. military are provocative. While we should not allocate more than is needed to deter or defeat aggression, we cannot afford to spend less.

### 3. Preserve American sovereignty.

We must reject foreign judicial rulings, international treaties (like the Law of the Sea Treaty) and other "transnationalist" initiatives that seek to alter or even supplant the U.S. Constitution and the representative, accountable form of government it guarantees.

### 4. Insist that arms control accords enhance America's security.

This principle should be self-evident, but the Obama administration's "New START" Treaty cut U.S. nuclear forces, leaving Moscow with a 10-to-1 advantage in "tactical" weapons and a basis for claiming a veto over our anti-missile defenses. Now, Obama is pushing the unverifiable Comprehensive Test Ban Treaty, even though it would preclude us from conducting tests needed to ensure our weapons work, even as the Russians and others continue to conduct their own tests.

### 5. Preserve and Protect the Constitution of the United States.

Another effort to insinuate foreign law into this country comes from Islamists who seek to bring here the repressive, anti-constitutional doctrine called shariah. One of the most insidious groups promoting this agenda with the aim of "destroying Western civilization from within" is the Muslim Brotherhood. Though the Brotherhood's goal is the same as al Qaeda's, the Obama administration believes we must "engage" the Brotherhood. This is not simply a strategic error. It is reckless and must be repudiated.

### 6. Assure America's energy security.

We must make the fullest use of all available domestic energy sources, notably by tapping the nation's vast natural gas reserves and off-shore oil deposits. We must also ensure that in the future America's cars are flexible fuel vehicles, allowing them to burn methanol, ethanol and other alcohol-based fuels that can be produced here inexpensively and in large quantities.

### 7. Secure America's borders.

Terrorists and narco-traffickers now join millions of others who are taking advantage of our porous borders. We must make use of fences, sensors and, where necessary, military personnel to augment border patrol and other law enforcement personnel to protect our national frontiers.

### 8. Protect America from unlawful enemy combatants.

Enemies who refuse to wear uniforms, use civilians as shields and employ terrorism as weapons are not entitled to U.S. constitutional rights or trials in our civilian courts. Those captured overseas should be incarcerated at Guantanamo Bay, which should remain open.

### 9. Protect the military culture essential to the All-Volunteer Force.

The Pentagon, the Congress and the courts must advance policies and laws that strengthen recruiting, retention and readiness of the U.S. military—not jeopardize them.

### 10. Pursue a foreign policy that supports our allies and opposes our adversaries.

It should be clearly preferable to be a friend of the United States, not its enemy. Accordingly, we must not grant concessions to tyrannies like Iran and North Korea. Instead, America should strive to strengthen relations with other bulwarks of freedom and democracy, such as Israel.

### 11. Enlist judicial and educational institutions in defending America.

Judges need to uphold the constitutional responsibility of elected officials to make policy for our military. And educators should convey to future generations accurate portrayals of American history, including the necessity of safeguarding freedom.

### 12. Use force only where appropriate and, where that is the case, commit to victory.

Traditionally, America has entered into military engagements to protect its own national security interests and those of our allies. The path President Obama has pursued, most especially in the Middle East, has been to raise questions about America's leadership and reliability. We need to return to first principles: Fight only when you must, and then fight to win.

## CENTER FOR SECURITY POLICY
### Quarterly Review

Editor David Reaboi
Contributing Editors Ben Lerner, Christine Brim, Christopher Holton, Meghan Mueller, Travis Korson, Caroline Glick, Amanda Sokolski and Frank Gaffney

The Center for Security Policy Quarterly Review is published by the Center for Security Policy with the generous assistance of its donors and volunteers.

Founded in 1988, the Center for Security Policy is a non-profit, non-partisan national security organization that specializes in identifying policies, actions, and resource needs that are vital to American security and then ensuring that such issues are the subject of both focused, principled examination and effective action by recognized policy experts, appropriate officials, opinion leaders, and the general public.

The Center is committed to the philosophy of "Peace through Strength," a belief that America's national power must be preserved and properly used, for it holds a unique global role in maintaining peace and stability.



Home   Publications   **Center calls for a return to 'Peace through Strength,' rejection of Obama's defeatist 'strategy'**

# Center calls for a return to 'Peace through Strength,' rejection of Obama's defeatist 'strategy'

Center for Security Policy | Jan 06, 2012

FOR IMMEDIATE RELEASE

For more information and to schedule an interview, contact
Travis Korson tkorson@securefreedom.org (202)-719-2421 or
David Reaboi dreaboi@securefreedom.org (202) 431-1948

The Center for Security Policy calls on the American people and their elected representatives - and those who seek to represent them - categorically to reject the plan for unilateral U.S. disarmament espoused yesterday by President Obama.

Mr Obama's so-called "revised defense strategy" is a formula for disaster. If even the defense reductions, downsizing and disengagement that it envisions come to pass - let alone those *in prospect* if the cuts associated with the pending sequestration legislation are imposed - the United States will not simply expose its people, allies and vital interests to attack  It will *invite* such an attack.

While the details of the Obama unilateral disarmament program remain to be fully fleshed out, the broad outlines are bad enough:

- Our military will be cut sharply in size.
- It will be denied vital modernization programs - the absence of which ensures the remaining force will be ill-equipped to contend with *present dangers*, let alone those in the offing.
- The retrofitting of existing equipment, much of it badly degraded in the course of a decade of war, will be stretched out or abandoned altogether.  This will exacerbate the risks associated with the Obama failure to modernize the armed forces' kit.
- The United States will no longer be present in the places and/or numbers necessary to safeguard our interests around the world  Coming as such disengagement does - at the very moment that dangers to those interests in regions from the Middle East to North Africa to Central, South and East Asia to the Western hemisphere, the administration must be held accountable for creating (whether intentionally or simply as a practical matter) dangerous vacuums of power.  These predictably will be filled as such "peace dividend"-induced vacuums have in the past: at our expense and to our detriment.
- The administration risks breaking faith with the men and women in uniform by reneging on commitments made in the way of health care, pensions and other benefits.  When combined with other assaults on the culture of the military, pursued in furtherance of the administration's domestic political agenda (and without regard for the impact on readiness, recruitment or retention), these changes may make a continued reliance on an all-volunteer force unsustainable.
- The nation's nuclear forces will be allowed to atrophy further through: a failure to modernize, test and properly maintain them and further cuts in their numbers - including in all likelihood the elimination of an entire "leg" of the Strategic Triad. The result will be not the President's stated goal, namely of "ridding the world of nuclear weapons." Rather, it will simply be to rid the United States of its deterrent forces at a time when they are likely to be more needed than ever.
- This potentially disastrous aspect of the Obama program for unilateral disarmament *is being compounded by the President's continuing hostility towards missile defenses that might mitigate, at least somewhat, the danger posed by ballistic missiles now proliferating among states and even terrorist groups like Hezbollah that are virulently hostile to this country and our friends.  Worse yet, the administration is reportedly determined to flout a statute governing the sharing of missile defense-related information and technology with the Russians.  In the process, Team Obama will almost surely

compromise what little there is of our capabilities to provide defenses against missiles delivering electro-magnetic and other weapons of mass destruction

Center for Security Policy President **Frank J. Gaffney, Jr.**, who formerly acted as an Assistant Secretary of Defense under Ronald Reagan – who, as president, was an exemplary practitioner of the philosophy he called "peace through strength" – said

> *Here we go again. Having basically written off the conflicts in Iraq and Afghanistan, Mr. Obama is falling prey to a temptation several of his predecessors found irresistible. Cut defense expenditures. Shrink the military. And hope the rest of the world will neither notice nor take advantage of our weakness.*
>
> *We shouldn't kid ourselves. We can walk away from conflicts, but that doesn't mean they are over. We can hollow out our military but that doesn't mean that others won't see it as an invitation to pursue their interests -- at our expense.*
>
> *In the past, our so-called "peace dividends" have proven illusory. And we paid not just in national treasure but lives. We literally can't afford to do that again.*

Mr. Gaffney also responded to the proposed military cuts in his nationally syndicated *Secure Freedom Minute*. The audio is located here.

> *The Center for Security Policy is a non-profit, non-partisan national security organization that specializes in identifying policies, actions, and resource needs that are vital to American security and then ensures that such issues are the subject of both focused, principled examination and effective action by recognized policy experts, appropriate officials, opinion leaders, and the general public. For more information visit www.centerforsecuritypolicy.org*

> *The Center for Security Policy sponsors the Coalition for the Common Defense, an alliance of like-minded individuals and organizations who believe that without provision for the "common defense," as articulated by the Founders, the freedom that has allowed unprecedented opportunity and prosperity to flourish in this country would soon be imperiled. In this new age of budgetary cuts, the Coalition rejects the false choice between military strength and economic health contending that economic prosperity depends on a strong national defense. Through a series of events and strategic partnerships the coalition is calling on elected officials, candidates for office and others who share our commitment to the common defense to uphold these principles. We must return the United States to sensible fiscal principles without sacrificing our national security. A full statement of principles can be located here.*

> *The Coalition of the Common Defense can be found online at www.forthecommondefense.org*

###

Powered by Janmedia Interactive

Center for Security Policy - A non-profit organization that informs the debate and ensures effective action on vital national security