<u>Exhibit 5</u>



# AMERICAN SECURITY COUNCIL FOUNDATION
## Institute for American Strategy

www.ascfusa.org . info@ascfusa.org

1250 24 th St N W. Suite 300 Washington, D C 20037 Phone 202-263-3661 - Fax 202-263-3662

**Congressional Advisory Board:**
Sen Orrin Hatch (R-UT)
Sen. Jon Kyl (R-AZ)
Sen Ben Nelson (D-NE)
Sen. Roy Blunt (R-MO)
Marsha Blackburn (R-TN)
Michael Burgess (R-TX)
Dan Burton (R-IN)
Eric Cantor (R-VA)
Jo Ann Emerson (R-MO)
Tom Latham (R-IA)
Ileana Ros-Lehtinen (R-FL)
Connie Mack (R-FL)
Donald Manzullo (R-IL)
Howard "Buck" McKeon (R-CA)
Joseph Pitts (R-PA)
Bill Posey (R-FL)
Cathy McMorris Rodgers (R-WA)
Fred Upton (R-MI)

**Board of Directors:**
Brig. General Donald B. Smith
USA (Ret )
Chairman & Treasurer
Dr. Henry A. Fischer
President & CEO
General Frederick J. Kroesen
USA (Ret )
1st Vice President
Ms. Elly Manov P E , P P
Assistant Treasurer
Mr. H. Daniels Corrigan
Secretary
Ms. Betsy Fischer
Director
Mr. Robert D. Johnson
Director
Honorable Bill McCollum
Director
Honorable David C. Nolte
Director
Governor George Pataki
Director
Mr Mark Renehan
Director
SMA Jack L Tilley
USA (Ret )
Director

**Chairman Emeritus**
RADM Robert H. Spiro, Jr.
USNR (Ret )

**Senior Advisory Board:**
Mr. Xavier Piedra

**Executive Director:**
Dr. James S. Robbins

May 10, 2011

Mr. Frank Gaffney
Center for Security Policy
1901 Pennsylvania Ave. NW—Suite 201
Washington, D.C. 20006

Dear Mr. Gaffney,

Thanks for your past and present efforts as shown by your Center for Security Policy providing vast amounts of information on a number of recent programs—more specific programs on the Muslim Brotherhood and illegal immigration.

Your efforts seem to match many of the programs of the American Security Council Foundation; therefore I would like to give you an update on the issues we are concentrating on as a band of like minded brothers.

I have enjoyed analyzing your book "War Footing"—and in the past have presented copies to my Board, at the American Security Council Foundation to integrate this information into our "Peace through Strength®" strategy.

I know you are involved with the video "Iranium" and for your information I have included a copy of the ASCF's "Crisis in the America's" video disc, you will see that it tries to educate Americans and the world in the importance of the Western Hemisphere for the preservation of freedom in the world. I am sure that you are aware of the problems with the ever increasing Muslim population growth in Europe. When we neglect the Western Hemisphere, we open the door to China and Iran whose influence is already proceeding at an ever increasing rate.

The American Security Council Foundation is doing a major program on Energy Independence, a strong economy being one of the basic tenants of the American Security Council Foundation's "Peace through Strength®" strategy.

The American Security Council Foundation is a 501 (c) (3) Tax Exempt Organization established in 1958
Peace through Strength® is a registered Trademark of the American Security Council Foundation All rights reserved



# AMERICAN SECURITY COUNCIL FOUNDATION
## Institute for American Strategy
www.ascfusa.org : info@ascfusa.org
1250 24 th St. N W Suite 300 Washington, D.C. 20037 Phone 202-263-3661 - Fax 202-263-3662

I've enclosed a Project Energy Program for you to review as well as a copy of the "Peace through Strength®" resolution for your files.

One of the major projects at the ASCF involves the Missile Defense System; inadequate budgeting through our Congress and the lack of understanding of the importance of missile defense as evidenced by the unconscionable loss of our space program.

As you see we are concentrating on several points of the American Security Council Foundation's basic tenants. We hope that you would be able to add your efforts to ours in advancing "Peace through Strength®.

Sincerely


Dr. Henry A. Fischer
President & CEO
American Security Council Foundation

The American Security Council Foundation is a 501 (c) (3) Tax Exempt Organization established in 1958.
Peace through Strength® is a registered Trademark of the American Security Council Foundation All rights reserved