<u>Exhibit 6</u>

# Holland & Knight

2099 Pennsylvania Avenue, N.W., Suite 100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564
Holland & Knight LLP | www.hklaw.com

November 8, 2011

THOMAS W. BROOKE
Direct Dial: (202) 663-7271
Email address: thomas.brooke@hklaw.com
thomas.brooke@hklaw.com

**Via UPS Delivery**

Mr. Frank Gaffney
Center for Security Policy
1901 Pennsylvania Avenue, N.W.
Suite 201
Washington, D.C. 20006

     Re:   Use of the registered trademark **'Peace through Strength'** - RF92014/5

Dear Mr. Gaffney:

     This firm is counsel to the American Security Council Foundation ("ASCF"). As we are sure you know, ASCF was formed in 1958 and was originally known as the Institute for American Strategy. For over 50 years, ASCF has focused on a wide range of educational programs which address critical challenges to U.S. foreign policy, national security and the global economy. Our client has developed programs and strategies that were eventually adopted as the foreign policy and national security strategy of the United States. The ASCF worked tirelessly to have the United States government publish an official national security strategy for the country. This was first implemented by President Reagan in 1985 and all successors have been legally required to produce similar documents.

     As part of its mission to protect this country and to maintain its military, economic and diplomatic strength, the ASCF adopted the trademark **Peace through Strength** and has used that slogan almost since its inception. The mark **Peace through Strength** had been registered at the USPTO and our client works zealously to protect its rights to this name. A copy of the U.S. Trademark Registration information available through the U.S. Patent and Trademark Office website is attached.

     In a letter of May 10, 2011, the President of the ASCF, Dr. Henry A. Fischer, wrote to you regarding your efforts to provide information regarding threats to this country's security. Dr. Fischer complimented you on your efforts and on your book <u>War Footing</u>. Dr. Fischer also made clear in his letter that **Peace through Strength** is a proprietary mark of the ASCF.

     Under the Federal Trademark Statute 15 USC 1051 et. seq., the owner of a trademark or service mark has the exclusive right to use that mark in commerce with its services and to block all others from using the same or similar marks in connection with the same or similar services. In fact, the owners of trademarks have the duty to keep others from using the same or similar

Mr. Frank Gaffney
November 8, 2011
Page 2

marks on the same or similar services. A federal trademark registration such as the one owned by ASCF gives the owner additional rights and presumptions under the federal statute.

The owner of a trademark may take action to enforce his rights if required to do so and may collect damages and attorneys fees and costs.

Because the ASCF values its trademark rights and because it has a duty to protect such rights not only to itself but to its various stakeholders, we must make clear that no third parties, including your organization, may use the registered trademark **Peace through Strength** without entering into a license agreement or similar arrangement. Therefore, we are formally requesting that you cease all use of the phrase **Peace through Strength** as a fundraising tool, as a trademark, service mark or program identifier, or as a way to raise or call attention to your organization's activities. Specifically, use of the phrase **'the Peace through Strength platform'** is likely to cause confusion in the minds of contributors, readers, policy and opinion leaders as to the source of the educational and informational services offered. It is likely that consumers would see the **Peace through Strength** mark and confuse the activities of the Center for Security Policy with the ASCF.

We would like to work with you as our client and your organization clearly have shared goals, strategies and philosophies. This matter, however, is important and we must take action to protect our client's rights. Therefore, please respond within the next seven (7) days regarding your plans to cease all use of the mark **Peace through Strength** without authorization, permission or license from our client.

I look forward to hearing from you.

Sincerely,

HOLLAND & KNIGHT LLP

Thomas W. Brooke

cc:   Dr. Henry A. Fischer
      Joseph Whitebread, Esq.

#10684667v1