**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SECURITY COUNCIL FOUNDATION,<br><br>    Plaintiff,<br><br>  -v.-<br><br>CENTER FOR SECURITY POLICY, INC., *et al.*,<br><br>    Defendants. | CIVIL NO: 1:12-cv-01486-RC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff/Counterclaim Defendant American Security Council Foundation and Defendants/Counterclaim Plaintiffs Center for Security Policy, Inc. and Frank Gaffney, jointly by their respective counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal of all claims raised in this action, with prejudice, with each party to bear its or his own attorneys' fees and costs.

[Signature page follows.]

Respectfully Submitted,

By: /s/Thomas W. Brooke
Thomas W. Brooke (D.C. Bar No. 430636)
Leo G. Rydzewski (D.C. Bar No. 459979)
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
E-mail: thomas.brooke@hklaw.com
E-mail: leo.rydzewski@hklaw.com
*Counsel for Plaintiff American Security Council Foundation*

By: /s/David Yerushalmi
David Yerushalmi (D.C. Bar No. 978179)
American Freedom Law Center
1901 Pennsylvania Avenue N.W., Suite 201
Washington, D.C. 20001
Telephone: (646) 262-0500
Facsimile: (801) 760-3901
Email: dyerushalmi@americanfreedomlawcenter.org

Robert J. Muise (D.C. Bar No. MI 0052)
P.O. Box 131098
Ann Arbor, Michigan 48113
Telephone: (734) 635-3756
Email: rmuise@americanfreedomlawcenter.org
*Counsel for Defendants Center for Security Policy and Frank Gaffney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2013, a copy of the foregoing was served by ECF to all counsel of record.

/s/ David Yerushalmi
David Yerushalmi